**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

# NOTICE OF CONTINUED CONFIRMATION HEARING

| IN RE: | CHAPTER 13 |
|---|---|
| **Cesar Barajas** | CASE NO.: 2:25-bk-17917-NB |
| | **NOTICE OF CONTINUED CONFIRMATION HEARING** |
| DEBTOR(S) | DATE:     5/7/26<br>TIME      9:30 am<br>PLACE:   Roybal Building<br>             Courtroom 1545 15th Floor<br>             255 East Temple Street<br>             Los Angeles, CA 90012 |

**TO DEBTOR, DEBTOR'S ATTORNEY, AND INTERESTED PARTIES:**

**NOTICE IS HEREBY GIVEN that the confirmation hearing for the referenced case has been**

**continued.  The hearing will occur at the time and place listed above.**

**Dated:  3/12/26**

_____
 **Kathy A. Dockery,  Chapter 13 Trustee**